UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| LOU ANN CLAUSON, | CASE NO. C22-5025-KKE |
| Plaintiff(s), | |
| v. | ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND RELATED DATES |
| THURSTON COUNTY et al, | |
| Defendant(s). | |

Having reviewed the stipulation for trial continuance submitted by the parties, the Court hereby continues the trial dates and orders the following updated pretrial schedule:

| Event | Prior Date | New Date |
| --- | --- | --- |
| JURY TRIAL SET FOR 9:30 a.m. on | 1/16/2024 | **8/5/2024** |
| All motions in limine must be filed by | 12/12/2023 | 7/1/2024 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 12/26/2023 | 7/15/2024 |
| Trial briefs, proposed voir dire questions, and deposition designations due | 12/26/2023 | 7/22/2024 |
| Pretrial conference scheduled at 10:00 a.m. on | 1/4/2024 | 7/26/2024 |

All other dates are specified in the Local Civil Rules. The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the

ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND RELATED DATES - 1

parties. The Court will alter these dates only upon good cause shown. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Diyana Staples, Courtroom Deputy, at Diyana_Staples@wawd.uscourts.gov in writing within ten (10) days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

## EXHIBITS

Counsel are directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as detailed below. The parties must deliver two copies of their respective trial exhibits to Diyana Staples, Courtroom Deputy, seven days before the trial date. Each exhibit shall be clearly marked. The Court hereby alters the LCR 16.1 procedure for numbering exhibits: Plaintiff(s)' exhibits shall be numbered consecutively beginning with 1; Defendant(s)' exhibits shall be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice. Once a party has identified an exhibit in the pretrial order, it may be used by any party. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

In addition, no later than seven days before the trial date, the parties should send an electronic copy of all exhibits in .PDF format with Optical Character Recognition ("OCR") searchable text to Diyana Staples, Courtroom Deputy, at Diyana_Staples@wawd.uscourts.gov. The parties should notify the Court of any physical objects or files that cannot be transmitted electronically. Exhibits must be marked as described above, and the following protocols also apply: (1) Electronic exhibits must be transmitted individually (i.e., one exhibit per file), but

exhibits may have multiple pages; (2) Exhibit file names should match the descriptions listed on the joint exhibit list as closely as possible except that file names should not exceed 80 characters, e.g., Ex. 1 − Accident Scene Photo; Ex. 501− Email dated 4−03−23.

**SETTLEMENT**

If this case settles, counsel shall notify Diyana Staples via email at Diyana_Staples@wawd.uscourts.gov as soon as possible.  Pursuant to LCR 11(b), an attorney who fails to give the courtroom deputy prompt notice of settlement may be subject to sanctions.

Dated this 11th day of December, 2023.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge