HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LOU ANN CLAUSON, a single person,<br><br>Plaintiff,<br><br>v.<br><br>THURSTON COUNTY, et al.,<br><br>Defendants. | NO. 3-22-CV-05025-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR TRIAL CONTINUANCE |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Trial Continuance. Dkt. No. 54. The Court finds good cause to extend the trial date and non-expired case deadlines and GRANTS the stipulated motion. The Court STRIKES the current case schedule and trial date. A new trial date and case schedule will be issued.

DATED THIS 21st day of October, 2024.

Kymberly K. Evanson
United States District Judge