UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOU ANN CLAUSON,<br><br>            Plaintiff,<br><br>     v.<br><br>THURSTON COUNTY et al.,<br><br>            Defendants. | CASE NO. C22-5025-KKE<br><br>ORDER DENYING MOTION TO CONTINUE |

This matter comes before the Court on the Defendants' motion to continue the case schedule. Dkt. No. 59. The parties submitted briefing (Dkt. Nos. 62–64) and the Court held a case status conference (Dkt. No. 61). For the reasons stated on the record, the Court DENIES the motion. Dkt. No. 59.

Dated this 10th day of June, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION TO CONTINUE - 1