UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOU ANN CLAUSON, | CASE NO. C22-5025-KKE |
| Plaintiff(s), | ORDER ON NOTICE OF SETTLEMENT |
| v. | |
| THURSTON COUNTY et al., | |
| Defendant(s). | |

This matter comes before the Court on the parties' notice of settlement. Dkt. No. 71. The parties shall file dismissal paperwork by August 5, 2025.

Dated this 8th day of July, 2025.

Kymberly K. Evanson
United States District Judge

ORDER ON NOTICE OF SETTLEMENT - 1