1
2
3
4
5

**HONORABLE KYMBERLY K. EVANSON**

6
7

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

8
9

LOU ANN CLAUSON, a single person,

**NO.  3:22-cv-05025-KKE**

10

                                        Plaintiff,

vs.

**STIPULATION AND ORDER OF
DISMISSAL**

11
12

THURSTON COUNTY, a governmental entity, by
and through the THURSTON COUNTY
SHERIFF'S OFFICE, a governmental agency; and
TYSON SCHENKEL and JANE DOE SHENKEL,
husband and wife,

13
14
15

                                        Defendants.

16

**STIPULATION**

17          IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lou Ann Clauson and

18   defendants Thurston County, Thurston County Sheriff's Office, and Tyson Schenkel, by and through their

19   respective attorneys, that all claims against all defendants may be dismissed with prejudice and without

20   attorney's fees and costs allowed to either party; as this matter has been fully settled and compromised

21   among the parties.

22
23   ///

24   ///

25   ///

26

**STIPULATION AND ORDER OF DISMISSAL – 1**
**Cause No.:  3:22-cv-05025-KKE**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

1

Dated: July 21, 2025

2

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

3

4

*/s/ Amanda Bley Kuehn*

5

_____
Amanda Bley Kuehn, WSBA #42450
Attorney for Thurston County Defendants
P.O. Box 11880
Olympia, WA 98508-1880
Telephone: (360) 754-3480
Fax:      (360) 754-3511
E-mail: AKuehn@lldkb.com

6

7

8

9

10

Dated: July 21, 2025

WEST LAW FIRM, PS

11

*/s/ Thomas West*

12

_____
Thomas West, WSBA# 5857
524 Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4704
E-mail: Tom@WestLawTacoma.com
Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**STIPULATION AND ORDER OF DISMISSAL – 2**
**Cause No.:  3:22-cv-05025-KKE**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA  98512*
*P.O. BOX 11880  OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1

**ORDER**

2      THIS MATTER having come before the Court on the foregoing stipulation, it is hereby:

3      ORDERED that all claims against all defendants shall be dismissed with prejudice and without

4 attorneys' fees and costs to either party.

5      The Clerk shall close the case

6      DATED this 23rd day of July, 2025.

7

8

9

10      _____
        Kymberly K. Evanson
11      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**STIPULATION AND ORDER OF DISMISSAL – 3**
**Cause No.:  3:22-cv-05025-KKE**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*